SU



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8257

| UNITED STATES OF AMERICA, | Magistrate Case No.: |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Mario DIAZ-Ramirez | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about March 20, 2008, within the Southern District of California, defendant Mario DIAZ-Ramirez did knowingly and intentionally import approximately 37.14 kilograms (81.70 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21 ST, DAY OF MARCH 2008.

UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.

Mario DIAZ-Ramirez

PROBABLE CAUSE STATEMENT

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Frank Gonzalez.

On March 20, 2008, at approximately 0655 hours, Mario DIAZ-Ramirez entered the United States at the Calexico, CA West Port of Entry. DIAZ-Ramirez was the sole occupant driver of a 2006 Chrysler Sebring.

Customs and Border Protection (CBP) Officer Morse was assigned to vehicle primary lane # 9 when the 2006 Chrysler Sebring approached the plate reader. The plate reader produced a positive hit for an "Automated Targeting System" (ATS) hit. DIAZ-Ramirez gave a negative Customs Declaration. CBP Officer Morse noticed that DIAZ-Ramirez appeared to be sweating when the weather was cool at that time of the morning. DIAZ-Ramirez presented a valid I-551 resident alien card. CBP Officer Morse noticed that DIAZ-Ramirez' hand was shaking. DIAZ-Ramirez stated the vehicle belonged to him and that he bought the vehicle approximately fifteen days prior. DIAZ-Ramirez told CBP Officer Morse that he was headed to work in Brawley, California. CBP Officer Morse checked the vehicle's crossing history and noticed it only had two previous crossings. CBP Officer Morse escorted DIAZ-Ramirez and his vehicle to secondary for further inspection.

In the vehicle secondary lot, the CBP Officer requested that Border Patrol Agent (BPA) Enz run his narcotic detector dog (NDD) on the vehicle. BPA Enz' NDD showed interest in the rear of the vehicle. CBP Officer Esparza conducted an intensive inspection of the vehicle and found the vehicle to contain vacuum-sealed packages in the gas tank of the vehicle. Packages were also found in a non-factory compartment built within the dash of the vehicle. A total of 39 packages were removed from the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 39 packages had a combined net weight of approximately 37.14 kilograms (81.70 pounds).

DIAZ-Ramirez was placed under arrest and advised of his rights per Miranda, which he acknowledged and waived, agreeing to answer questions. DIAZ-Ramirez admitted knowledge of the marijuana concealed in the vehicle. DIAZ-Ramirez stated that he was told he would be paid approximately $1,000.00 to cross the marijuana-laden vehicle into the United States and park the vehicle in Calexico California.

DIAZ-Ramirez was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.

Executed on March 21, 2008, at 4:35 hours.

_[signature]_
Special Agent

On the basis of the facts presented in the probable cause statement consisting of __3__ page(s), I find probable cause to believe that the defendant(s) named in this probable statement committed the offence on __3/20/2008__ in violation of Title 21, United States Code, Section(s) __952 and 960__.

_McKinne Jr._
3/21/08, 2058hrs